

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2025

No. 04-23-00165-CR

The **STATE** of Texas,
Appellant

v.

Gallardo **TIBURCIO-GREGORIO**,
Appellee

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2022CRB000731L1
Honorable Leticia Martinez, Judge Presiding

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
            Lori I. Valenzuela, Justice
            Velia J. Meza, Justice

In accordance with this court's opinion of this date, the court **DECLARES** the county court's order issued on March 7, 2023, void and **DISMISSES** this appeal for want of jurisdiction.

It is so **ORDERED** on October 29, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court